MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
  11th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7000

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. C-12-2545-HRL |
|     Plaintiff, ) | |
| v. ) | STIPULATED [PROPOSED] ORDER OF PERMANENT INJUNCTION |
| NICHOLAS A. MUNOZ, Jr., individually and ) d/b/a Professional Tax Services, LLC, and its ) successor, First Tax Firm, Inc., ) | |
|     Defendants. ) | |

    The United States of America has filed a Complaint for a Permanent Injunction against Nicholas A. Munoz, individually and d/b/a Professional Tax Services, LLC. and its successor, First Tax Firm, Inc.

    Without admitting or denying the allegations of the complaint, except as to personal and subject matter jurisdiction, which Nicholas Munoz admits, Nicholas Munoz has consented to entry of this Stipulated Order of Permanent Injunction, and waives the entry of findings of fact and conclusions of law. Munoz further understands that this permanent injunction constitutes the final judgment in this matter, and he waives any rights he may have to appeal from this judgment.

    The parties agree that entry of this Stipulated Order of Permanent Injunction resolves only the civil injunction action, and neither precludes the government from pursuing any other current

or future civil injunction action, and neither precludes the government from pursuing any other current or future civil or criminal matters or proceedings, nor precludes the defendant from contesting his liability in any matter or proceeding.

NOW, THEREFORE, and for good cause shown, it is accordingly ORDERED, ADJUDGED and DECREED that:

Pursuant to 26 U.S.C. ("I.R.C.") §§ 7402, 7407 and 7408, Nicholas Munoz, individually and doing business as Professional Tax Services, LLC. and/or First Tax Firm, Inc. (hereafter collectively, "Munoz"), and his representatives, agents, servants, and employees, are permanently enjoined from directly or indirectly:

(1) Acting as a federal tax return preparer, or requesting, assisting in, or directing the preparation or filing of federal tax returns for any person other than himself or his legal spouse, or appearing as a representative on behalf of any person or entity whose tax liability is under examination or investigation by the Internal Revenue Service;

(2) Instructing, advising, or assisting, either directly or indirectly, others to violate the tax laws, including to evade the payment of taxes;

(3) Engaging in activity subject to penalty under I.R.C. § 6694, *i.e.*, preparing federal income tax returns that improperly understate customers' tax liabilities;

(4) Engaging in activity subject to penalty under I.R.C. § 6695, *i.e.*, failing to file correct information returns;

(5) Engaging in activity subject to penalty under I.R.C. § 6701, *i.e.*, aiding, assisting in, procuring, or advising with respect to the preparation of any portion of a return, affidavit, claim or other document, when Munoz knows or has reason to believe that portion will be used in connection with a material matter arising under the federal tax law, and Munoz knows that the relevant portion will result in the material understatement of the liability for the tax of another person;

US v. Nicholas Munoz, et al,
Stipulated Order of Permanent
Injunction, Case No.

(6) Representing, either directly or indirectly, any person other than himself or his legal spouse before the Internal Revenue Service;

(7) Assisting, either directly or indirectly, in the representation of any person other than himself or his legal spouse before the Internal Revenue Service;

(8) Engaging in any other conduct that substantially interferes with the proper administration and enforcement of the internal revenue laws.

IT IS FURTHER ORDERED that Munoz is prohibited from owning, controlling, or managing any business involving tax return preparation and/or the provision of tax advice, or maintaining a presence in any premises, whether an office, place of business, dwelling, or other abode, where tax returns are being prepared for a fee or professional tax services are being provided;

IT IS FURTHER ORDERED that Munoz shall cause a copy of the permanent injunction to be provided to every employee of PTS and First Tax Firm, Inc. and shall cause a copy of this Order of Permanent Injunction to be placed in a conspicuous location at Professional Tax Services, LLC. and First Tax Firm, Inc. to be displayed there for a period of three years and that he shall file with the Office of the United States Attorney for the Northern District of California, Tax Division, located in San Francisco, within 30 days of the date the permanent injunction is entered, a certification signed under penalty of perjury stating that a copy of the permanent injunction has been provided to every employee of PTS and First Tax Firm, Inc. and a copy of this Order of Permanent Injunction has been placed in a conspicuous location at Professional Tax Services, LLC. and First Tax Firm, Inc.

IT IS FURTHER ORDERED that the United States is permitted to engage in post-judgment discovery to ensure compliance with this permanent injunction;

IT IS FURTHER ORDERED that this Court shall retain jurisdiction over this action for purposes of implementing and enforcing this permanent injunction; and

//

//

US v. Nicholas Munoz, et al,
Stipulated Order of Permanent
Injunction, Case No.

1  //

3       IT IS FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 65(d)(2), counsel for the
4  United States is authorized to arrange for personal service of this order on the defendant.

6  SO ORDERED this ___6th___ day of ___June___, 2012.

                                    *Lucy H. Koh*
                                    UNITED STATES DISTRICT JUDGE

10 Consented to and submitted by:

11                                  MELINDA HAAG
                                    United States Attorney

                                    /s/ Cynthia Stier
                                    CYNTHIA STIER
                                    Assistant United States Attorney
                                    Tax Division

                                    _____
                                    William H. Kimball
                                    803 Hearst Avenue
                                    Berkeley, CA 94710
                                    Attorney for Nicholas Munoz

US v. Nicholas Munoz, et al,
Stipulated Order of Permanent
Injunction, Case No.